IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

LULA MARIE AUKERMAN (AUKEMAN),

      Plaintiff,

  v.                                  Civil Action No.5:14-CV-01652

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

## ORDER

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FIVE THOUSAND DOLLARS and 00/cents ($5,000.00), as authorized by 28 U.S.C. § 2412 (d) and FOUR HUNDRED DOLLARS ($400.00) in costs, as authorized by 28 U.S.C. § 1920, subject to the terms and conditions of the Stipulation.

October 23, 2015                       _____
DATED                                      Judge Jean P. Rosenbluth
                                              United States Magistrate Judge